*UNITED STATES DISTRICT COURT*
# *WESTERN DISTRICT OF TENNESSEE*
# *WESTERN DIVISION*

---

| | |
|---|---|
| **CONNIE JEAN HUFFMAN** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | **CASE NO: 14-2115-A** |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal With Prejudice entered on March 6, 2014, this cause is hereby dismissed with prejudice.


**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 3/7/2014**                                  **THOMAS M. GOULD**
                                                    **Clerk of Court**

                                                    **s/Terry L. Haley**
                                                    **(By)  Deputy Clerk**